AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF **MASSACHUSETTS**

## APPEARANCE

Case Number: 04-10127-NG

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

**MICHAEL McCORMACK**

FILED
In Open Court
USDC, Mass.
Date 4-27-04
By _____
Deputy Clerk 2:30 pm

I certify that I am admitted to practice in this court.

Date: 4/27/04

Signature: John Pappalardo

Print Name: JOHN PAPPALARDO    Bar Number: 388760

Address: GREENBERG TRAURIG
ONE INTERNATIONAL PLACE

City: BOSTON    State: MA    Zip Code: 02110

Phone Number: 617-310-6022    Fax Number: 617-310-6001