UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 15 P 1: 42

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA )
)
v. )
) Crim. No. 04-10127RNG
MICHAEL A. McCORMACK and )
SEAN S. SLATER )
)

## JOINT STATUS REPORT

Pursuant to L.R. 116.5, the parties state the following:

1. The timing requirements of L.R. 116.3 should apply to this case except to the extent that the defendant Slater requests two additional weeks to file a discovery letter.

2. The defendants request discovery concerning expert witnesses under F.R.Cr.P 16(a)(1)(E). The government provided the defendants with copies of all reports regarding scientific tests on or about May 24, 2004. The government will provide a written summary of any testimony that the government intends to use under F.R.Cr.P. 702, 703, and 705 within 14 days. The defendant will provide any reciprocal discovery within 14 days of the receipt of the government's discovery.

3. Other than that set forth in paragraph 2 above, the parties do not anticipate providing additional discovery except to the extent further discovery is warranted based upon the defendant Slater's planned discovery letter.

4. A motion date should be established under F.R.Cr.P. 12(c).

5. The parties agree that the Court should issue an order

excluding 28 days pursuant to L.R. 112.2, and excluding an additional period of 28 days to allow for the exchange of information described in paragraph 2.

6. The defendant McCormack does not anticipate a trial. The defendant Slater does anticipate a trial.

7. The parties suggest that a final status conference be scheduled for early August.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: *(signature)*
FRED M. WYSHAK, JR.
Assistant U.S. Attorney

*(signature)*
A. JOHN PAPPALARDO, ESQ.
Counsel for defendant
McCormack

*(signature)*
CHARLES P. MCGINTY, ESQ.
Counsel for defendant Slater