# *UNITED STATES DISTRICT COURT*
# *DISTRICT OF MASSACHUSETTS*

Criminal No. 04-10127-NG

UNITED STATES OF AMERICA

v.

MICHAEL A. McCORMACK

## *FINAL STATUS REPORT*

August 6, 2004

**BOWLER, Ch.U.S.M.J.**

    The following status of the above-entitled case is hereby reported to the district judge to whom this case is assigned, to wit:

    1. The Indictment in the above-entitled case, which charges the defendant with conspiracy to commit arson, was returned on April 21, 2004;

    2. The defendant was arraigned on the Indictment on April 27, 2004;

    3. The defendant is not in custody on the charges;

4. At the time of arraignment, the attorney for the government estimated that the government will call approximately ten to twelve witnesses and that the trial will last approximately one week;

5. Defense counsel has indicated that case will be resolved by way of a plea of guilty;

6. As of the date of this Final Status Report, time has been excluded through August 5, 2004;

7. This case is hereby returned to the district judge to whom this case is assigned.

/s/

**MARIANNE B. BOWLER**
Chief United States Magistrate Judge