UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
************************************
UNITED STATES OF AMERICA           *
                                   *
                                   *
            v.                     *    Case No. 04-CR-10127-NG
                                   *    MJ Marianne B. Bowler
MICHAEL A. MCCORMACK AND,          *
SEAN S. SLATER                     *
                                   *
            Defendant.             *
                                   *
************************************
```

NOTICE OF APPEARANCE

Kindly enter the appearance of Evan Georgopoulos and the law firm of Greenberg Traurig LLP, as counsel for defendant Michael A. McCormack, in the above-captioned matter.

> MICHAEL A. MCCORMACK,
> By his attorneys,
>
>
> /s/ Evan Georgopoulos
> _____
> A. John Pappalardo, Esq. (BBO # 33876)
> Evan Georgopoulos, Esq. (BBO # 628480)
> GREENBERG TRAURIG LLP
> One International Place, 20th Floor
> Boston, MA 02110
> (617) 310-6000

Dated: September 8, 2004

I, Evan Georgopoulos, hereby certify that a true and accurate copy of the foregoing was served on the government's attorney as appears below by first-class mail, postage prepaid on this 8th day of September, 2004.

/s/ Evan Georgopoulos
_____
Evan Georgopoulos

Fred M. Wyshak, Jr., Esq.
Assistant U.S. Attorney
Office of the U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210

bos-srv01\148372v01