UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Crim. No. 04-10127-NG |
| MICHAEL MCCORMACK | ) |
| | ) |

ASSENTED TO MOTION FOR ORDER OF EXCLUDABLE DELAY

Pursuant to the hearing held in this matter on September 7, 2004, the parties assent to the entry of an Order excluding the following period of time from the timing requirements of Title 18, United States Code, Section 3161:

1. the period of time from the hearing on September 7, 2004 until the Rule 11 hearing in this matter currently scheduled for January 27, 2005, i.e., 143 days said exclusion being in the interest of justice under 18 USC 3161(h)(8)(A) to allow defendant McCormack to arrange his personal affairs prior to the event of his incarceration and to confer with his counsel concerning matters related to the disposition of this case.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Fred M. Wyshak, Jr.
Fred M. Wyshak, Jr.
Assistant U.S. Attorney
U. S. Attorney's Office
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210
(617)748-3201

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the persons listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

Evan Georgopoulos, Esq.

This 8th day of September, 2004.

_____
Fred M. Wyshak, Jr.
Assistant U.S. Attorney