UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA | \* |
| | \* |
| | \* |
| v. | \* Case No. 04-CR-10127-NG |
| | \* |
| MICHAEL A. MCCORMACK AND, | \* |
| SEAN S. SLATER | \* |
| | \* |
| Defendant. | \* |
| | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ASSENTED-TO MOTION OF DEFENDANT MICHAEL McCORMACK FOR MODIFICATION OF ORDER SETTING CONDITIONS OF RELEASE**

Defendant, Michael A. McCormack, ("Mr. McCormack") hereby requests that this Court modify its Order Setting Conditions of Release as to permit Mr. McCormack to travel with his family to Florida from October 7, 2004 to October 17, 2004. In support of this Motion, Mr. McCormack states as follows:

1. On April 8, 2004, this Court (Bowler, M.J.) entered its Order Setting Conditions of Release which, among other things, prohibited Mr. McCormack from traveling outside of New England.

2. Mr. McCormack wishes to travel with his family to Florida on October 7, 2004, in order to attend the wedding of a family member and to spend additional time with his family.

3. Mr. McCormack will provide Pre-Trial Services with his contact information and travel itinerary in writing before he departs.

4. Undersigned counsel has spoken with Assistant U. S. Attorney Fred M. Wyshak, Jr. and U.S. Pretrial Probation Officer Tom O'Brien who have assented to this motion.

WHEREFORE, Mr. McCormack respectfully requests that this Court modify its Order Setting Conditions of Release as set forth above.

MICHAEL A. MCCORMACK,<br>
By his attorneys,

*/s/ A. John Pappalardo*

A. John Pappalardo, Esq. (BBO # 33876)<br>
Evan Georgopoulos, Esq. (BBO # 628480)<br>
GREENBERG TRAURIG LLP<br>
One International Place, 20th Floor<br>
Boston, MA 02110<br>
(617) 310-6000

Dated: September 17, 2004

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I hereby certify that a good faith attempt to resolve or narrow the issues raised in the above motion, pursuant to L.R. 7.1, was made with AUSA Fred M. Wyshak, Jr., and the government assents to the relief requested in this motion.

*/s/ Evan Georgopoulos*

### Certificate of Service

I, Evan Georgopoulos, hereby certify that a true and accurate copy of the foregoing was served on AUSA Fred M. Wyshak, Jr., Office of the United States Attorney, 1 Courthouse Way, Suite 9200, Boston MA 02110, on this 17th day of September, 2004.

*/s/ Evan Georgopoulos*

bos-srv01\149074v01