**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

```
*************************************
UNITED STATES OF AMERICA            *
                                    *
                                    *
                                    *
        v.                          *   Case No. 04-CR-10127-NG
                                    *
MICHAEL A. MCCORMACK AND,           *
SEAN S. SLATER                      *
                                    *
        Defendant.                  *
                                    *
*************************************
```

### ASSENTED-TO MOTION OF DEFENDANT MICHAEL A. McCORMACK TO CONTINUE FED. R. CRIM. P. RULE 11 HEARING

Defendant, Michael A. McCormack, ("Mr. McCormack") respectfully moves this Court to continue the Fed. R. Crim. P. Rule 11 hearing in the above-captioned matter, currently scheduled for January 27, 2005, until February 11, 2005, or such other time thereafter as is convenient to the Court. As grounds therefore, the defendant states his counsel of choice, A. John Pappalardo, is not available to appear on the currently scheduled date.

As further grounds for the allowance of this motion, the defendant states that the Government, by and through Assistant U. S. Attorney Fred M. Wyshak, Jr. has assented to this motion.

In connection with the requested continuance, the parties jointly request that the Court enter an order of excludable delay for fifteen days, said exclusion being in the interests of justice under 18 U.S.C. § 1361(h)(8)(A).

WHEREFORE, Mr. McCormack respectfully requests that this Court reschedule his change of plea hearing as set forth above.

        MICHAEL A. MCCORMACK,
        By his attorneys,

        /s/ Evan Georgopoulos
        A. John Pappalardo, Esq. (BBO # 33876)
        Evan Georgopoulos, Esq. (BBO # 628480)
        GREENBERG TRAURIG LLP
        One International Place, 20th Floor
        Boston, MA 02110
        (617) 310-6000

Dated: January 26, 2005

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I hereby certify that a good faith attempt to resolve or narrow the issues raised in the above motion, pursuant to L.R. 7.1, was made with AUSA Fred M. Wyshak, Jr., and the government assents to the relief requested in this motion.

        /s/ Evan Georgopoulos
        Evan Georgopoulos

## Certificate of Service

I, Evan Georgopoulos, hereby certify that a true and accurate copy of the foregoing was served on AUSA Fred M. Wyshak, Jr., Office of the United States Attorney, 1 Courthouse Way, Suite 9200, Boston MA 02110, on this 26th day of January, 2005.

        /s/ Evan Georgopoulos
        Evan Georgopoulos