UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
****************************************
UNITED STATES OF AMERICA          *
                                  *
                                  *
        v.                        *      Case No. 04-CR-10127-NG
                                  *
MICHAEL A. MCCORMACK,             *
                                  *
        Defendant.                *
                                  *
****************************************
```

### ASSENTED-TO MOTION OF DEFENDANT MICHAEL A. McCORMACK TO CONTINUE FED. R. CRIM. P. RULE 11 HEARING

Defendant, Michael A. McCormack, ("McCormack") respectfully moves this Court to continue the Fed. R. Crim. P. Rule 11 hearing in the above-captioned matter, currently scheduled for February 15, 2005, until April 1, 2005, or such other time thereafter as is convenient to the Court. As grounds therefore, the defendant states as follows:

1. McCormack states that he requires medical treatment for an increasing deformity of his left ankle, a source of continuing pain which requires surgical correction. See February 10, 2005 letter of Richard de Asla, M.D., Chief, Foot and Ankle Service, Department of Orthopaedic Surgery of Massachusetts General Hospital ("Dr. de Asla's Letter"), attached hereto at Tab A.

2. McCormack is in constant pain from this condition, and the deformity will only increase in severity and difficulty of correction as time elapses.

3. The surgical course of treatment – the only one available after now having exhausted non-surgical options – is complicated, and not a procedure that general orthopaedic surgeons are called upon to perform.

4. McCormack has been advised by Dr. de Asla's office that the required surgery to fuse his ankle can be performed on the first available opening, presently March 1, 2005. McCormack also will be entered on a waiting list with Dr. de Asla in order to proceed with the operation earlier in the event of a cancellation or other opening.

5. As stated in Dr. de Asla's Letter, the general recovery period following such surgery is six-to-nine months. Here, McCormack requests only one month of post-operative recovery in the care of Dr. de Asla. Thereafter, follow-up and recovery and any necessary physical therapy could be provided by the Bureau of Prisons at one of its medical facilities.

6. McCormack faces the certainty of as much as five years of incarceration. The complexity of the situation presented by McCormack's medical needs, presents but a mild delay in the entry of his plea and thereby commencement of his incarceration, against the substantial risk of untimely or inadequate medical treatment.

7. As further grounds for the allowance of this motion, the defendant states that the Government, by and through Assistant U. S. Attorney Fred M. Wyshak, Jr. has assented to this motion.

8. In connection with the requested continuance, the parties jointly request that the Court enter an order of excludable delay for 45 days, said exclusion being in the interests of justice under 18 U.S.C. § 1361(h)(8)(A).

WHEREFORE, Mr. McCormack respectfully requests that this Court reschedule his change of plea hearing as set forth above.

        MICHAEL A. MCCORMACK,
        By his attorneys,

        A. John Pappalardo, Esq. (BBO # 33876)
        Evan Georgopoulos, Esq. (BBO # 628480)
        GREENBERG TRAURIG LLP
        One International Place, 20th Floor
        Boston, MA 02110
        (617) 310-6000

Dated: February 14, 2005

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I hereby certify that a good faith attempt to resolve or narrow the issues raised in the above motion, pursuant to L.R. 7.1, was made with AUSA Fred M. Wyshak, Jr., and the government assents to the relief requested in this motion.

        Evan Georgopoulos

### Certificate of Service

I, Evan Georgopoulos, hereby certify that a true and accurate copy of the foregoing was served on AUSA Fred M. Wyshak, Jr., Office of the United States Attorney, 1 Courthouse Way, Suite 9200, Boston MA 02110, on this 14th day of February, 2005.

        Evan Georgopoulos