**MASSACHUSETTS GENERAL HOSPITAL**    **HARVARD MEDICAL SCHOOL**

Yawkey Center for Outpatient Care
55 Fruit Street, YAW 3F Suite 3300
Boston, Massachusetts 02114

Richard de Asla, M.D.
*Chief, Foot and Ankle Service*
*Department of Orthopaedic Surgery*

**DATE: February 10, 2005**
**TO: Evan Georgopoulos**
**RE: Michael McCormack**

On January 28th, 2005 I saw Mr. Michael McCormack in the office in consultation regarding pain over the lateral border of his left foot as well as pain and increasing deformity of his left ankle. His previous history of a motor vehicle accident, which resulted in a left foot triple arthrodesis, combined with findings on recent x-rays is consistent with posttraumatic arthritis of the ankle. Furthermore, x-rays suggest progressive deformity at the ankle. Mr. McCormack has exhausted the nonsurgical options for his problem and unfortunately continues to suffer from chronic pain.

As his deformity progresses it will likely become more difficult to correct. Furthermore he is unlikely to experience any significant pain relief without surgical intervention. At its end-stage, severe deformity can lead to skin breakdown, ulcers and infection.

The proposed treatment is ankle fusion. Generally speaking the recovery after such a procedure is 6 to 9 months. For the first three months Mr. McCormack would need to be strictly nonweightbearing on the left leg. Follow-up in the office would occur twice a month at first and then monthly. A course of physical therapy is required afterwards.

General orthopaedic surgeons in the community perform ankle fusions. However, complicating matters in this particular case is the degree of deformity that needs to be corrected. In my opinion, Mr. McCormack is best served by a specialist whose experience and expertise lies mainly in foot and ankle orthopaedics.

Sincerely,

Richard J. de Asla, M.D.