UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                Plaintiff<br><br>vs.<br><br>MICHAEL A. McCORMACK<br>                Defendant | Docket No. 04-CR-10127-NG<br><br><br><br>ORDER |

      The sum of $5,000.00 was deposited in the Registry of this Court on August 11, 2004 by Michael McCormack, the Defendant herein, to secure his appearance before this Court, to answer to charges pending against him.

      On April 4, 2005, the defendant pled guilty and was remanded to U.S. custody. Sentencing is scheduled for July 11, 2005 before the Honorable Nancy Gertner.

      **NOW**, upon written request from Michael McCormack and receipt of an assignment of bail to Eileen Stocker, it is

      **ORDERED**, that the Clerk of the Court is hereby directed to issue a U.S. Treasury check payable to Eileen Stocker, in the amount of $5,000.00 representing the refund of said cash bail.

**Dated:** June 30, 2005

_____
Nancy Gertner, U.S. District Judge