UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.        ) | |
| ) | Crim. No. 04-10127-NG |
| MICHAEL MCCORMACK ) | |
| ) | |

ASSENTED TO MOTION FOR A CONTINUANCE

The United States of America, by and through the undersigned attorneys, hereby moves for a continuance of the sentencing date in this matter for a period of 180 days from this date.

In support of its motion, the government states that the defendant's plea agreement requires the defendant to cooperate with the United States. It is anticipated that the defendant will testify in the case United States v. Arthur Gianelli, et al., Crim. No 05-10003-NMG, a thirteen defendant racketeering case. Currently, this matter is in the discovery stage and it is unlikely that it will be resolved within the next six months.

The defendant assents to a continuance of his sentencing for the reasons set forth above.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   s/s
      Fred M. Wyshak, Jr.
      Assistant U.S. Attorney
      U. S. Attorney's Office
      John Joseph Moakley
      United States Courthouse
      1 Courthouse Way, Suite 9200
      Boston, MA  02210
      (617)748-3201

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the persons listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

Evan Georgopoulos, Esq.

This 6th day of September, 2005.

                                      _s/s_____
                                      Fred M. Wyshak, Jr.
                                      Assistant U.S. Attorney