UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) |
| v. | )<br>)   Crim. No. 04-10127-NG |
| MICHAEL MCCORMACK | )<br>)<br>) |

GOVERNMENT'S STATEMENT OF RELEVANT FACTS

On April 4, 2005, the defendant pled guilty to Counts One, Two, Four, and Five of the five count indictment in this matter pursuant to a plea agreement with the government in which the defendant agreed to assist the government in the prosecution of others involved in the offenses charged against defendant. The facts underlying these offense are set forth below.

The charges in this case stem from defendant's participation in an arson that occurred on November 13, 2003 at 1:00 A.M. at a commercial building in North Reading which housed two business establishments. One of these businesses was a sports bar d/b/a/ "Big Dog Sports Grille" (hereinafter the "Big Dog") operated by Mark Colangelo who also operated several other sports bars in the Greater Boston area. Colangelo was involved in a dispute with an individual named Arthur Gianelli revolving around Gianelli's investment of money in another of one of Colangelo's "Big Dog" bars in Lynnefield. In an effort to extort and intimidate Colangelo and Colangelo's partners, Gianelli and several of his associates hired the defendant and co-defendant Sean Slater to

set fire to the North Reading "Big Dog."[1]

The planning of the arson was captured by troopers of the Massachusetts State Police (hereinafter the "MSP") who were engaged in court authorized electronic surveillance of Gianelli and others.  As a result, troopers conducted physical surveillance of the premises located at 178 Main Street in North Reading (hereinafter "the building") which housed the "Big Dog" and Romeo's Pizza.  Both businesses purchased and distributed goods in interstate commerce.

In the early morning hours of November 13, 2003, the defendant and Slater were observed in a dark colored vehicle which approached, slowed down, and passed the building.  Shortly thereafter, the vehicle returned and stopped in the parking lot.  Slater exited the vehicle and placed a container on the doorstep of the entry to Romeo's Pizza.  The defendant remained in the driver's seat.  Slater then ignited the container and they fled in the vehicle which was stopped within minutes by members of the MSP.  Inside the vehicle were Slater and the defendant.  Latex gloves which subsequently tested positive for the presence of gasoline were recovered from Slater's person.

Troopers at the scene immediately notified the North Reading Fire Department which arrived at the scene within five minutes.

---

[1] These charges are also the subject of a racketeering indictment currently pending against Gianelli and others.  See United States v. Arthur Gianelli, et al., Crim. No. 05-10003-NMG.

As a result, the fire was extinguished and caused minimal damage to the exterior of the building. The container left on the doorstep was recovered by the MSP and forwarded to the MSP lab for analysis. The container tested positive for the presence of an accelerant (gasoline).

Further investigation revealed that McCormack was solicited to set the fire by an individual named Deeb Homsi. Homsi, acting on behalf of Gianelli's partner, Dennis Albertelli, agreed to pay McCormack $10,000 to set the fire.[2] McCormack recruited Slater who resided in Brooklyn, New York to assist him, and shortly before the incident Slater traveled from New York to Massachusetts.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/Fred M. Wyshak, Jr.
Fred M. Wyshak, Jr.
Assistant U.S. Attorney

---

[2] Albertelli and Homsi are also defendants in the aforementioned Gianelli case.