UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Crim. No. 04-10127-NG |
| MICHAEL MCCORMACK | ) |
| | ) |

### ASSENTED TO MOTION FOR A CONTINUANCE

The United States of America, by and through the undersigned attorneys, hereby moves for a continuance of the sentencing date in this matter for a period of 180 days from this date. Defendant's sentencing is currently scheduled for June 27, 2007.

In support of its motion, the government states that the defendant's plea agreement requires the defendant to cooperate with the United States. It is anticipated that the defendant will testify in the case United States v. Arthur Gianelli, et al., Crim. No 05-10003-NMG, a thirteen defendant racketeering case. Currently, this matter is in the final stages of discovery. However, it is unlikely that it will be resolved within the next six months. The defendant assents to a continuance of his sentencing for the reasons set forth above.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Fred M. Wyshak, Jr.
Fred M. Wyshak, Jr.
Assistant U.S. Attorney