```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
       v.                   )
                            )   Crim. No. 04-10127-NG
MICHAEL MCCORMACK           )
                            )
```

## ASSENTED TO MOTION FOR A CONTINUANCE

The United States of America, by and through the undersigned attorneys, hereby moves for a continuance of the sentencing date in this matter for a period of 180 days from the currently scheduled date of February 11, 2008.

In support of its motion, the government states that the defendant's plea agreement requires the defendant to cooperate with the United States.  It is anticipated that the defendant will testify in the case <u>United States v. Arthur Gianelli, et al.</u>, Crim. No 05-10003-NMG, a thirteen defendant racketeering case.  Currently, the defendants in the <u>Gianelli</u> case are scheduled to file pre-trial motions on February 29, 2008, and the government's response is due on April 10, 2008.  Once pre-trial motions have been resolved by the district court, the <u>Gianelli</u> case will be ready for trial.  However, it is unlikely that it will be finally resolved within the next six months.

The defendant, therefore, assents to a continuance of his sentencing for the reasons set forth above.

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By:  /s/ Fred M. Wyshak, Jr.
                              Fred M. Wyshak, Jr.
                              Assistant U.S. Attorney
```

**CERTIFICATE OF SERVICE**

I, Fred M. Wyshak, Jr., Assistant United States Attorney, do hereby certify that this document, filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non registered participants on this date.

```
                              /s/ Fred M. Wyshak, Jr.
                              FRED M. WYSHAK, Jr.
                              Assistant U.S. Attorney
```