AO 458 (Rev. 10/95) Appearance

# United States District Court

DISTRICT OF MASSACHUSETTS

## APPEARANCE

MICHAEL MCCORMACK             CASE NUMBER: 04-10127-NG

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the United States of America.

I certify that I am admitted to practice in this court.

Pursuant to Local Rule 83.5.3(a).

My e-mail address is michael.tabak@usdoj.gov

9/12/2008
Date

_Signature_

| Michael L. Tabak | N/A (AUSA) |
|---|---|
| Print Name | Bar Number |

U.S. Attorney's Office, Suite 9200, U.S. Courthouse
Address

| Boston | MA | 02210 |
|---|---|---|
| City | State | Zip Code |
| (617) 748-3203 | | (617) 748-3963 |
| Phone Number | | Fax Number |