UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)  Crim. No. 04-10127-NG<br>MICHAEL MCCORMACK,  )<br>)<br>Defendant  ) | |

ASSENTED TO MOTION FOR A CONTINUANCE

The United States of America, by and through the undersigned attorneys, hereby moves for a continuance of the sentencing date in this matter from the currently scheduled date of September 24, 2008 to on or about November 14, 2008.

In support of its motion, the government states that defendant McCormack's plea agreement requires the defendant to cooperate with the United States. It is anticipated that the defendant will testify in the case *United States v. Arthur Gianelli*, *et al.*, Crim. No 05-10003-NMG. That is a racketeering case in which eleven defendants are scheduled to go to trial on February 23, 2009. Before the death of Gianelli's attorney, Richard M. Egbert, on July 24, 2008, the parties had been exploring the possibility of a global disposition of that case. It is anticipated that successor counsel will enter that case shortly, so that the discussions between the parties may resume.

Defendant McCormack assents to a continuance of his sentencing for the reasons set forth above.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ Michael L. Tabak
        MICHAEL L. TABAK
        Assistant U.S. Attorney

CERTIFICATE OF SERVICE

      I, Michael L. Tabak, Assistant United States Attorney, do hereby certify that this document, filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non registered participants on this date.

Dated: September 12, 2008             By:   /s/ Michael L. Tabak
                                                                          MICHAEL L. TABAK
                                                                       Assistant U.S. Attorney